**Order entered February 18, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00133-CV

### IN THE INTEREST OF M.H. AND T.H., CHILDREN

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-16-26862**

# ORDER

Before the Court is appellee's February 13, 2020 second agreed motion for extension of time to file her responsive brief. We **GRANT** the motion and **ORDER** appellee's responsive brief be filed no later than March 18, 2020. We caution appellee that further extension requests will be disfavored.

/s/  BILL WHITEHILL
   JUSTICE